**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Daniel Girma, | Case No. 2:26-cv-00511-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Lucky's Gaming and Spirits Casino, | |
| Defendant. | |

Pro se plaintiff brings attempts to bring claims against Lucky's Gaming and Spirits Casino. He moves to proceed *in forma pauperis*. ECF No. 1. He submitted the affidavit required by 28 U.S.C. § 1915(a) showing an inability to prepay fees or costs or give security for them. Therefore, his request to proceed *in forma pauperis* therefore will be granted.

Plaintiff has not filed a complaint in this case. Plaintiff must file a complaint making clear what claims he intends to bring, who are the individuals involved, and a concise set of allegations that support each of his claims. Plaintiff's complaint will be due no later than March 27, 2026. Failure to file a complaint by that date may result in the dismissal of this action.

Plaintiff also attached a motion entitled as a motion for a temporary protective order, which this Court construes as a request for the Defendant to preserve evidence. Courts do not need to issue such orders as case law makes clear that the duty to preserve evidence arises once litigation is reasonably foreseeable. *Gonzalez v. Las Vegas Metropolitan Police Dept.*, Case No. 2:09-cv-00381-JCM-PAL, 2012 WL 1118949, at *5 (D. Nev. Apr. 2, 2012). In addition, Plaintiff appears to have already sent the letter to Defendant requesting that evidence be preserved. Should it turn out that evidence material to the case has not been preserved Plaintiff may seek appropriate sanctions at a future time. As a result, this Court denies the motion at ECF No.1-1 which is construed as a motion to preserve evidence.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is GRANTED. Plaintiff is permitted to maintain this action to conclusion without prepaying fees or costs or giving security for them.

**IT IS FURTHER ORDERED** that Plaintiff must file a complaint no later than March 27, 2026. Failure to do so may result in the dismissal of this case.

**IT IS FURTHER ORDERED** that Plaintiff's motion at ECF NO. 1-1 is DENIED.

**IT IS FURTHER ORDERED** that the clerk of court must detach and separately file ECF No. 1-1.

DATED: February 25, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE