# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Danial Girma,

     Plaintiff

v.

Lucky's Gaming and Spirits Casino,

     Defendant

Case No. 2:26-cv-00511-JAD-BNW

**Order Denying Motions**

ECF Nos. 19, 25

In this employment-related action, Plaintiff Danial Girma has filed a motion for summary judgment[1] and a motion to submit his EEOC Notice of Right to Sue as evidence.[2]

**A.        Motion for Summary Judgment**

The motion for summary judgment is denied because it falls far short of what is needed to persuade the court that there are no genuine issues of fact and that the plaintiff is entitled to judgment as a matter of law.[3]  In order for a plaintiff to obtain summary judgment, he must establish "beyond controversy every essential element of" his claim in order to avoid trial and prevail on summary judgment.[4]  This is a high bar, and it requires authenticated proof[5] along with a memorandum of points and authorities,[6] neither of which Girma has provided.  Federal Rule of Civil Procedure 56(a) requires a party moving for summary judgment to "identify[ ] each

---

[1] ECF No. 19.

[2] ECF No. 25.

[3] *Celotex Corp. v. Catrett*, 477 U.S. 317, 323–24 (1986).

[4] *S. California Gas Co. v. City of Santa Ana*, 336 F.3d 885, 888 (9th Cir. 2003).

[5] *See* Fed. R. Civ. P. 56.

[6] L. R. 7-2(a).

claim or defense . . . on which summary judgment is sought," and Girma has not even mentioned his claims, let alone demonstrated that he meets every legal element necessary to prove them.[7] And while he states that "Defendant's entire defense rests on a material falsehood,"[8] he doesn't identify that defense—nor could he; there is not yet any defense asserted in this case because no answer has been filed.

**B.      Motion to Submit Evidence**

Girma also moves to submit his EEOC Notice of Right to Sue as Evidence.[9]  He doesn't say *what* it is evidence of or in support of.  Girma is cautioned that the court's docket is not a repository for evidence.  Evidence should only be submitted to the court if it supports a pending motion, opposition, reply, or pleading.  And when that evidence is submitted for that purpose, the rules of this court are very specific about how the evidence should be filed with the document it supports.  Girma is advised to carefully review this district's local rules, available on this court's website (https://www.nvd.uscourts.gov), specifically including the exhibits rule found in Local Rule IA 10-3.

IT IS THEREFORE ORDERED that the plaintiff's motions for summary judgment and to submit evidence **[ECF Nos. 19, 25] are DENIED** without prejudice.

_____
U.S. District Judge Jennifer A. Dorsey
July 1, 2026

---

[7] *See generally* ECF No. 19.

[8] *Id*. at 2.

[9] ECF No. 25.

2