JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile:  (702) 405-8454
Email: john@wrightlawgroupnv.com

*Attorney for Defendant*
*LGS CASINO, LLC, d.b.a.*
*LUCKY'S GAMING AND SPIRIT CASINO*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIAL GIRMA, | CASE NO.: 2:26-cv-00511-JAD-BNW |
| Plaintiff, | |
| vs. | |
| LGS CASINO, LLC, d.b.a. LUCKY'S GAMING AND SPIRIT CASINO, | |
| Defendant. | |

**STIPULATION AND ORDER FOR JOINT**
**REQUEST FOR SETTLEMENT CONFERENCE AND STAY**

Defendant LGS CASINO, LLC, d.b.a. LUCKY'S GAMING AND SPIRIT CASINO, ("LGS"),  by and through its attorney of record, JOHN HENRY WRIGHT, ESQ.,  of THE WRIGHT LAW GROUP, P.C., and DANIAL GIRMA, *pro se litigant*, hereby stipulate and agree as follows:

**WHEREAS** the Parties have conferred in good faith and believe that a Settlement Conference will assist them in resolving this dispute efficiently, saving significant time and resources for both the Parties and the Court.

**WHEREAS** Plaintiff's Second Amended Complaint is scheduled to be filed by no later than July 17, 2026.

**WHEREAS** Defendant's Response to Plaintiff's Second Amended Complaint will be **tolled**  until the conclusion of the Settlement Conference at which time Defendant will be given 14 days to respond to same.

1

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

**WHEREAS** the Parties have agreed that all Discovery deadlines shall be stayed and all other deadlines tolled pending the conclusion of the Settlement Conference.

This requested stay is sought in good faith and not for purposes of delay. A stay will not prejudice either party and will promote judicial economy.

DATED this 1st day of July, 2026.

**THE WRIGHT LAW GROUP, P.C.**

/s/ *John Henry Wright, Esq.*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102

*Attorney for Defendant*
*LGS CASINO, LLC, d.b.a.*
*LUCKY'S GAMING AND SPIRIT CASINO*

DATED this 1st day of July, 2026.

/s/
DANIAL GIRMA
6170 E. Sahara Ave. Unit 1095
Las Vegas, NV 89142

*Pro se Litigant*

## ORDER

The instant matter shall be set for a settlement conference and the Parties are ordered to attend.

Defendant's Response to Plaintiff's Second Amended Complaint will be **tolled** until the conclusion of the Settlement Conference at which time Defendant will be given 14 days to respond to same.

Discovery deadlines shall be stayed and all other deadlines tolled pending the conclusion of the Settlement Conference.

**IT IS SO ORDERED**.

Dated this __6th__ day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of THE WRIGHT LAW GROUP, P.C. and that on the 1st day of July, 2026, I caused the foregoing STIPULATION AND ORDER FOR JOINT REQUEST FOR SETTLEMENT CONFERENCE AND STAY using the CM/ECF system, which will cause the document to be served upon the following counsel of record:

Daniel Girma                    Bible15@yahoo.com

I further certify that I served a copy of this document by mailing a true and correct copy, thereof, postage prepaid, addressed to:

None.

/s/ Candi Ashdown
An employee of **THE WRIGHT LAW GROUP, P.C.**



**THE WRIGHT LAW GROUP P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454