JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com

*Attorney for Defendant*
*LGS CASINO, LLC, d.b.a.*
*LUCKY'S GAMING AND SPIRIT CASINO*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIAL GIRMA,<br><br>Plaintiff,<br><br>vs.<br><br>LGS CASINO, LLC, d.b.a. LUCKY'S GAMING AND SPIRIT CASINO,<br><br>Defendant. | CASE NO.: 2:26-cv-00511-JAD-BNW<br><br>[ECF No. 42] |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, between Defendant LGS CASINO, LLC, d.b.a. LUCKY'S GAMING AND SPIRIT CASINO, by and through its attorney of record, and DANIAL GIRMA, *pro se litigant*, pursuant to the terms of a settlement agreement, that all claims in this case are dismissed WITH PREJUDICE.

Each party to this Stipulation shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

[STIPULATION CONTINUED ON NEXT PAGE]

**THE WRIGHT LAW GROUP P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454

DATED this 5th day of November, 2026.

**THE WRIGHT LAW GROUP, P.C.**

/s/ *John Henry Wright, Esq.*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102

*Attorney for Defendant*
*LGS CASINO, LLC, d.b.a.*
*LUCKY'S GAMING AND SPIRIT CASINO*

DATED this 5th day of November, 2026.

*/s/ Danial Girma*
DANIAL GIRMA
6170 E. Sahara Ave. Unit 1095
Las Vegas, NV 89142

*Pro se Litigant*

**ORDER**

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
November 6, 2026

THE WRIGHT LAW GROUP P.C.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Tel: (702) 405-0001 Fax: (702) 405-8454